UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW,<br><br>          Plaintiff,<br><br>    v.<br><br>DUCH, et al.,<br><br>          Defendants. | No. 2:17-cv-1213-JAM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. She requests that the court order the U.S. Marshal to serve subpoenas on non-parties Sally Anderson of the California Legal Information Center and the Custodian of Records for the Butte County Jail. ECF Nos. 28, 29, 30. As stated below, the request is denied.

The court will not order service of a subpoena unless plaintiff shows that she has taken steps to avoid imposing an undue burden or expense on the person or entity subject to the subpoena. *See Austin v. Winett*, 1:04-cv-05104-DLB PC, 2008 U.S. Dist. LEXIS 103279, at *2 (E.D. Cal. Dec. 11, 2008) ("[d]irecting the Marshal's Office to expend its resources personally serving a subpoena is not taken lightly by the court."); 28 U.S.C. § 1915(d). Unless plaintiff shows that the requested files/documents are not obtainable from a defendant through a properly-served request for production, her request for service of the subpoenas must be denied.

/////

1

Accordingly, it is HEREBY ORDERED that plaintiff's request for service of subpoenas (ECF Nos. 28-30) is denied.

DATED: March 18, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE