UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW,<br><br>  Plaintiff,<br><br>  v.<br><br>DUCH, et al.,<br><br>  Defendants. | No. 2:17-cv-1213-JAM-JDP P<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. She has filed a motion to compel non-party Sally Anderson of the California Legal Information Center to respond to her request for production of documents. ECF No. 35. The court previously informed plaintiff that requests for production may only be served upon parties. ECF No. 34; *see also* Fed. R. Civ. P. 34. Because Ms. Anderson is not a party to this action, the court cannot compel her to respond to plaintiff's request for production. Plaintiff may, however, request a subpoena under Federal Rule of Civil Procedure 45. If her request is granted, she may serve the subpoena on the aforementioned entity and request production of the desired documents.

Accordingly, it is ORDERED that plaintiff's motion to compel (ECF No. 35) is DENIED.

DATED: October 6, 2020

_____
UNITED STATES MAGISTRATE JUDGE

1