UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BELYEW,<br><br>        Plaintiff,<br><br>  v.<br><br>DUTCH, *et al.*,<br><br>        Defendants. | Case No. 2:17-cv-01213-JAM-JDP (PC)<br><br>ORDER DIRECT DEFENDANTS TO RESERVE THEIR MOTION TO DISMISS<br><br>ECF No. 53 |

      On July 9, 2021, defendants filed a motion for summary judgment. ECF No. 53. Defendants served plaintiff by mailing her a copy of the motion to 7 Gillick Way, Oroville, California. ECF No. 53 at 3. On that same day, plaintiff filed a notice of change of address, informing the court and defendants that her address has changed to P.O. Box 1508, Chowchilla, California. ECF No. 54. The docket does not reflect whether defendants re-served their motion on plaintiff at her new address. Thus, it is not apparent that plaintiff has received proper notice of defendants' motion for summary judgment.

      Accordingly, it is hereby ORDERED that:

      1. Within seven days of the date of this order, defendants shall reserve their motion for summary judgment on plaintiff at her of record:

        Lisa Marie Belyew
        WG-0016
        Central California Women's Facility (1508)
        PO Box 1508
        Chowchilla, CA 93610-1508

    2. Defendants shall file with the court, within seven days of this order, a new proof of service.

    3. Within twenty-one days of service, plaintiff shall file either an opposition or a statement of non-opposition to defendants' motion.

    4. Defendants may file a reply to plaintiff's opposition, if any, seven days thereafter.

IT IS SO ORDERED.

Dated:   July 21, 2021                                                     
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE